1  L. CHRISTOPHER VEJNOSKA (STATE BAR NO. 96082)
   (cvejnoska@orrick.com)
2  AARON L. DANZER (STATE BAR NO. 191252)
   (adanzer@orrick.com)
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   415-773-5700
   Facsimile:   415-773-5759
6
   Attorneys for Defendants
7  iVillage, Inc. and KnowledgeWeb, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KELLI FOX and DAVID FOX, | Case No. 05-cv-03327-SC |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS IVILLAGE, INC. AND KNOWLEDGEWEB, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |
| v. | |
| IVILLAGE, INC., a Delaware corporation, KNOWLEDGEWEB, INC., a California corporation dba Astrology.com, and DOES 1 to 100, | |
| Defendants. | ORDER |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for plaintiffs and defendants in the above-captioned action, that, pursuant to Civil Local Rule 6-1(a), the time within which Defendants iVillage, Inc. and KnowledgeWeb, Inc. may answer, move against, or otherwise respond with respect to plaintiffs' Complaint is hereby extended from September 20, 2005 (in the case of iVillage, Inc.) and September 19, 2005 (in the case of KnowledgeWeb, Inc.), up to and including October 4, 2005.

| | |
|---|---|
| 1 | |
| 2 Dated: September 19, 2005 | L. CHRISTOPHER VEJNOSKA |
|   | AARON L. DANZER |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

_____
Aaron L. Danzer
Attorneys for Defendants
iVillage, Inc. and KnowledgeWeb, Inc.

Dated: September 19, 2005

PAUL J. ANDRE
LISA KOBIALKA
RADHIKA TANDON
PERKINS COIE LLP

_____
Radhika Tandon
Attorneys for Plaintiffs
Kelli Fox and David Fox

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 9/23/05]

1    I, Aaron L. Danzer, am the ECF User whose identification and password are
2  being used to file this Stipulation to Extend Time for Defendants iVillage, Inc. and
3  KnowledgeWeb, Inc. To Answer Or Otherwise Respond to Complaint. Pursuant to General
4  Order 45.X.B, I hereby attest that Lisa Koibalka, of Perkins Coie LLP, counsel for plaintiffs,
5  has concurred in this filing. I hereby attest that I have on file all holograph signatures for any
6  signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: September 19, 2005

_____
Aaron L. Danzer